IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JASMIN JOHNSTON,<br><br>    Debtor.<br><br>AMAZON.COM SERVICES LLC,<br><br>    Garnishee. | Case No. 2:25-MC-00265-DJC-CSK<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:07-CR-00056-LKK |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10)(B), the Writ of Garnishment issued on August 15, 2025, is hereby TERMINATED; and

2. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: December 17, 2025

*/s/ Chi Soo Kim*
CHI SOO KIM
United States Magistrate Judge

4, usa0265.25

PROPOSED ORDER TERMINATING WRIT OF GARNISHMENT

1